E-FILED
Friday, 08 February, 2013 04:47:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

Bobby White, )
)
vs    Plaintiff )
)
Keith Anglin, )
D. Williams, )
Paul Tolbot, )
Michael Pulsis, )
Mary Miller, )
K. Booh )
)
)
)
Defendant(s) )

FEB - 8 2013

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Case No. _13-2038_
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: __Bobby White__

Prison Identification Number: __B10821__

Current address: __2425 W. Grenshaw st.__
__Chicago Il 60612__

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: __Keith Anglin__

Current Job Title: __Warden__

Current Work Address __Danville CC 3820 E main St__
__Danville, Il. 61834__

Defendant #2:

Full Name: __Paul Tolbot__

Current Job Title: __Medical Director__

Current Work Address __Danville C.C., 3820 E. Main St,__
__Danville, Ill. 61834, Health Care Unit__

Defendant #3:

Full Name: __K. Boon__

2

Current Job Title: Registered Nurse

Current Work Address Jacksonville C.C. 2268 E. Morton Ave. Jacksonville, Ill, 62650, Health Care Unit

Defendant #4:

Full Name: Michael Putsis

Current Job Title: Medical Director

Current Work Address For Illinois Department of Corrections Medical Department

Defendant #5:

Full Name: Mary Miller

Current Job Title: Health Care Unit Administrative

Current Work Address Danville C.C., 3820 E. Main st., Danville, Ill, 61834 Health Care Unit Administrative

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

Defendant 6#

Name.      O. Williams
Job-title      Medical Director
Work address      Jacksonville CC 2268 E Ave morton
            Jacksonville Ill 62650

4

C. If your answer to B is yes, how many? _N/A_ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number

_____N/A_____

   2. Basic claim made _____N/A_____

   3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____N/A_____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes ☒   No ☐

## <u>Statement of Claim</u>

(1) Place(s) of the Occurrence Jacksonville C.C. Health Care Unit, 2268 E morton Ave, Jacksonville, Ill. 62650, Danville C.C. Health Care Unit, 3820 Main St, Danville Ill 61834 Date(s) of the Occurrence 12-13-10, 12-15-10, 1-18-11, 3-24-11, 3-30-11, 5-26-11, 9-14-11, 2-4-12, 2-11-12, 3-20-12, 4-20-12.

(2) This Incident began at Jacksonville C.C. health Care Unit 2268 E Morton Ave Jacksonville, Ill. 62650 This Plaintiff submitted several request to be Place on sick call line. On 12-13-10 This Plaintiff seen defendant Williams which Prescribed I-Buprofen's 600 mg on 12-15-10.

(3) This Plaintiff was Prescribe an x rays by defendant Williams. This Plaintiff Complainted about my Lower back Pain This Plaintiff again seen said defendant Williams on 1-18-11 the X rays reveal Lumbosacral spine three view This Plaintiff Submit a request to be place on sick call Line on 3-24-11, 3-30 11, 5-26-11 by defendant Boon for more I-Buprofen 600 mg

6

(4) This plaintiff was transferred to Danville C.C. on 7-28-11 and began to submit requests to be place on sick call line to see defendant Tolbot on 9-14-11 said defendant prescribe I-Buprofens 800 mg for my lower back pain that this plaintiff was experiencing.

(5) This Plaintiff continue to make complaints about my lower back pain and was place on sick call line 2-4-12, 2-11-12, 2-28-12 to be prescribe more 800 mg of I-Buprofens it was not solving the problem of me experiencing lower back pain, now I was told This Plaintiff need a surgery, but This Plaintiff was deny because it would cost the state to much money for that kind of surgery.

(6) This is clearly deliberate indifference to my serious medical need this Plaintiff continued to complaint about my lower back pain, This Plaintiff was place on sick call line to see defendant Tolbot which he prescribed more Robaix 750mg, for 2 week on 3-20-12 and again defendant prescribed more Robaix 750mg for another 2 week on 4-20-12.

7

(7) The x-rays review shows that bone rubbing against bone causing extreme pain and the medications is not solving the pain problem that this plaintiff still having in my lower back

(8) This plaintiff have made complaints continuously because of the extreme pain I'm having, for this serious medical needs of an operation which this plaintiff was medically informed by defendant's Tolbott Williams, that this plaintiff need surgery to stop the pain.

(9) Now on 3-20-12 This plaintiff was told wait until you are release from prison to have the surgery done on the street, this is clearly an deliberate indifference to my serious medical needs. but it would cost the state to much money for that kind of surgery so just wait until you are free and have it done on the street

(10) For the policy's of defendant Pauisis for his medical treatment policy's for me and for their individuals capeity of their

Medical Policy's for medical treatment are improper and inadequate for medical treatment, specially when it comes to bone rubbing against bone causing extreme Pain. this itself is cruel and ununsal Punishment of wanton infliction of Unnecessary of pain of degenerative disc - disease for defendant Puisis for his medical treatment of Illinois Department of Correction's

(11) Also individuals capcity and the m.o. of Illinois Department of corrections Official capcity an m.o. in their Individuals capcity and for their medical treatment Policy's for treatment defendant Miller Health Care Unit Administrative was medically informed of the situation of my lower back pain and said defendant miller response by stating If This Plaintiff is in this much pain he shouldn't begoing to yard or gym.

(12) Due to the pain I'm having, this Plaintiff have not particepate in any yard or gym exercising since this problem began with my lower back pain. due to the x-rays 3-23-12 revealing the disease degenerative disc - disease defendant miller appropriate

9

action to do nothing was in violation of elementary principles established the governments obligation to provided medical Care for those whom it is punishing by Incarceration.

(13) This Plaintiff have to rely on these prison's Jacksonville C.C. Medical Doctor's, H.C.U. Administrative Danville C.C. H.C.U Medical Doctor's H.C.U Administrative whom are the medical Authorities to treat my medical needs have not been met In the worst case of this failure have actually Produce physical torture or a lingering disease to get more degenerative on my lower back.

(14) These Individuals capacity and Official capeity by the Authorities in charge of these medical Procedures of inadequate medical treatment for me, because Robaxin is a muscle relaxant it is not to solve the degenerative disc-disease of bone rubbing against bone it's not solving the pain Problem This Plaintiff am experiencing because Robaxin it is a muscle relaxant, It is not solving the pain in my lower back.

10

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like to have proper and effective Medical Treatment also to be awarded Damage's of the sum $500,000.00 dollars and for pain and suffering in amount of sum $500,000.00 dollars to be compensated to me.

JURY DEMAND          Yes ☑          No ☐

Signed this ___2___ day of ___2 5___, 20 _13_.

_Bobby White_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Bobby White | B10821 |
| Address: 2425 W Grenshaw st chicago Il 60612 | Telephone Number: |

11

IN THE

<u>United State District court</u>
<u>Central District of Illinois</u>

<u>Bobby white</u>          )
Plaintiff,                     )
                               )  Case No. ___13-2038___
        v.                     )
                               )
<u>Keith Anglin   Et. AL</u>     )
Defendant                      )

## PROOF/CERTIFICATE OF SERVICE

TO: <u>John m waters</u>          TO: _____

<u>clerk   of</u>                    _____
<u>Central</u>                       _____
<u>District</u>                      _____

PLEASE TAKE NOTICE that on _____, 20___, I have placed the

documents listed below in the institutional mail at <u>Danville</u> Correctional Center,

properly addressed to the parties listed above for mailing through the United States Postal

Service: <u>1983 Complaint,</u>
<u>Application to proceed without prepayment of fees</u>
<u>and Affidavit, Motion for Appointment of counsel,</u>
<u>medical Record.</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of

perjury, that I am a named party in the above action, that I have read the above

documents, and that the information contained therein is true and correct to the best of my

knowledge.

DATE: <u>2/5/13</u>

/s/ <u>Bobby White</u>
NAME: <u>Bobby white</u>
IDOC#: <u>B10821</u>
<u>Danville</u> Correctional Center
P.O. BOX <u>3820 E main st</u>
<u>Danville</u>, IL <u>61834</u>

Revised Jan 2002