E-FILED
Thursday, 12 December, 2013 03:50:34 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **BOBBY WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 13-CV-2038 |
| ) | |
| **KEITH ANGLIN, PAUL TALBOT,** ) | |
| **KATHERINE BOAN, MARY MILLER,** ) | |
| **MICHAEL PULSIS, and D. WILLIAMS,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#30) was filed by the Magistrate Judge in the above cause on October 4, 2013. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#30) is accepted by this court.

(2) Defendant Talbot's Motion to Dismiss Plaintiff's Complaint (#26) is GRANTED. Defendant Talbot is dismissed from this case.

(3) Plaintiff is given leave to file an amended complaint properly stating a claim against Defendant Talbot for deprivation of Constitutional rights under 42 U.S.C. § 1983.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 12th day of December, 2013.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE