UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BOBBY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 13-CV-2038 |
| ) | |
| KEITH ANGLIN, PAUL TALBOT, ) | |
| KATHERINE BOAN, MARY MILLER, ) | |
| MICHAEL PULSIS, and D. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#37) was filed by the Magistrate Judge in the above cause on December 16, 2013. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#37) is accepted by this court.

(2) Defendant Puisis's Motion to Dismiss Plaintiff's Complaint (#32) is GRANTED. Defendant Puisis is dismissed from this case.

(3) Plaintiff is given leave to file an amended complaint within 14 days of the date of this order's entry properly stating a claim against Defendant Puisis for deprivation of Constitutional rights under 42 U.S.C. § 1983.

(4) Plaintiff is ordered to appear before Magistrate Judge David G. Bernthal on February 5, 2014, at 2:00 p.m., in Courtroom B, Urbana courthouse, to show cause as to why Defendant D. Williams should not be dismissed from this case for Plaintiff's failure to serve him.

(5) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 22ND day of January, 2014.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE